IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| JOSE ANTONIO LOPEZ | : |
| DEBTOR | : BANKRUPTCY NO. 09-13867 |
| JOSE ANTONIO LOPEZ PLAINTIFF VS. | : |
| FIRST JUDICIAL DISTRICT OF PENNSYLVANIA AND DAVID WASSON, III | : |
| DEFENDANTS | : ADVS. NO. 12-0053 |

# ORDER

**AND NOW,** upon consideration of the Debtor's Motion Summary Judgment, the Defendants' Opposition thereto, and the parties' legal memoranda and oral argument, it is hereby:

**ORDERED,** that for the reasons set forth in the attached Opinion, the Motion is denied and the Complaint is dismissed.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: July 18, 2012